# Exhibit 2

| US7613919B2 | Crypto.com ("The accused instrumentality") |
|---|---|
| 13. At a service provider in a computerized environment that includes a client, a service provider, and an authentication service, a method of the service provider authenticating the client through a one-time password previously exchanged between the authentication service and the client, the method comprising the service provider performing acts of: | The accused instrumentality discloses, at a service provider (e.g., the accused instrumentality) in a computerized environment that includes a client (e.g., a user of the accused instrumentality), a service provider (e.g., the accused instrumentality), and an authentication service (e.g., a multi-factor authentication service), a method of the service provider (e.g., the accused instrumentality) authenticating the client (e.g., a user of the accused instrumentality) through a one-time password (e.g., secure key) previously exchanged between the authentication service (e.g., a multi-factor authentication service) and the client (e.g., a user of the accused instrumentality).<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Crypto.com app, etc., a service provider, an authenticator app and an authentication service.<br><br><br><br>https://crypto.com/us |

| | |
|---|---|
| | <br>https://accounts.crypto.com/en-US/login |

## How do I log into the Crypto.com App?

To log into the Crypto.com App, simply follow the steps below:

1. Tap **Log in to existing account**
2. Enter your registered email or phone number and tap **Log in**




https://help.crypto.com/en/articles/8813278-how-to-log-into-the-crypto-com-app

crypto.com Log In Sign Up

# Two-Factor Authentication (2FA)

Two-factor authentication (2FA) is a security measure that adds an extra layer of protection to user accounts and transactions by requiring users to provide two different forms of identification before accessing their accounts or performing transactions. This process typically involves something the user knows (like a password) and something the user has, which can be one of several options:

**SMS Authentication:** A one-time code sent to the user's mobile phone via SMS.

**Authenticator Apps:** Applications like Google Authenticator, Authy, or Microsoft Authenticator generate Time-based One-time Passwords (TOTPs) that the user needs to enter.

https://crypto.com/glossary/two-factor-authentication-2fa

| | |
|---|---|
| | • Two-factor authentication (2FA) significantly enhances online security as it uses two different types of identification, which adds an extra layer of protection to online accounts.<br>• 2FA involves combining factors like something you know (password) with something you have (mobile device), mitigating the risk of unauthorised access even if your passwords are compromised.<br>• Different methods of 2FA include SMS authentication, mobile authentication apps, and hardware tokens, each with different strengths and weaknesses.<br>• Crypto.com offers 2FA for added security, using Time-based One-time Passwords (TOTPs).<br>• Get step-by-step instructions on enabling 2FA and best practices for using it effectively across all your accounts.<br>https://crypto.com/en/university/what-is-2fa-how-two-factor-authentication-can-protect-your-cryptocurrency |

# How to Set Up Your Crypto.com App 2FA?

Information about Crypto.com app two-factor authenticator (2FA) setup

Updated this week

Table of contents

## All About 2FA

### What is Two-Factor Authentication?

Two-Factor Authentication (2FA) is an additional security layer to your password. With 2FA enabled on your account, you will have to provide your 2FA code when performing certain actions on the app.

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

### How does TOTP work?

Crypto.com is using a Time-based One-time Password (TOTP) for Two-Factor Authentication, it involves generating a temporary, unique one-time 6-digit code* that only works for 30 seconds. To perform any actions that will affect your assets, you will need to enter this code besides the common password.

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

The accused instrumentality induces use of an authenticator app for the two-factor

| | |
|---|---|
| | authentication.<br><br>**How do I set up 2FA?**<br><br>Please refer to the step-by-step guide.<br><br>**Which authenticators should I use?**<br><br>Providing strong security and a great user experience are always our top priorities and we support various authenticators. There's a great authenticator app we would like to recommend to you - Authy (Android) / Twilio Authy (iOS).<br><br>Authy is not only supporting generating a time-dependent 6-digit code like other authenticators in the market but also offering the following features:<br>https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa |

## How to enable 2FA?

1. From the menu in the Crypto.com app, tap on Settings > Security > 2-Factor Authentication > Enable 2FA
2. Verify with your passkey if it's set up, or enter your passcode
3. Scan the QR code with an authentication app or copy the code to add it manually, by pressing on the small papers icon.
4. Minimize the Crypto.com app and open up the Authenticator app.
5. In the Authenticator app, select the option to add another account.
6. Then choose the option to enter manually the secret key (the long code we've copied).
7. Paste the code in the text field by pressing and holding over it (you should see the option to paste).
8. Save the changes.
9. The Authenticator app will start to generate 2FA codes with an expiration time of 30 seconds. Please, bear in mind that the code should consist of numbers **only**.
10. Press and hold over the 6-digit generated code in the Authenticator app to copy it. (Please ensure you can complete step 9 within the next 30 seconds)
11. Open the Crypto.com app.
12. After entering your normal passcode again, tap on the blue button "Proceed to verify" and then paste the 6-digit code from the Authenticator app.

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa




https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa




https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

<table>
<tr>
<td></td>
<td>



https://www.youtube.com/watch?v=k_rD-pdTyOU
</td>
</tr>
</table>

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=k_rD-pdTyOU |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=k_rD-pdTyOU<br><br>As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service |

| | |
|---|---|
| | registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.<br><br>Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user. |

| | |
|---|---|
| |   https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

| | |
|---|---|
| | <br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

| | |
|---|---|
| | • **Authentication Server:** Manages user accounts and validates credentials<br>• **TOTP Generator Service:** Handles time-based code generation and validation<br>• **Client Application:** Simulates the authenticator app experience<br>• **Database Layer:** Stores user data and connection information securely<br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

| | |
|---|---|
| | <br>Creating a new connection<br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |




https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | |
|---|---|
| | authenticators-work/<br><br>**Stage 2**<br><br>Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.<br><br>Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.<br><br>Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.<br><br>https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/ |
| the service provider associating a prior authentication service identifier for the client with a prior service provider identifier for the client; | The accused instrumentality discloses the service provider (e.g., the accused instrumentality) associating a prior authentication service identifier (e.g., an identifier) for the client (e.g., a user of the accused instrumentality) with a prior service provider identifier (e.g., login credentials such as email, phone number, etc.) for the client (e.g., a user of the accused instrumentality).<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Crypto.com app, etc., a service provider, an authenticator app and an authentication service. |




https://accounts.crypto.com/en-US/login

## How do I log into the Crypto.com App?

To log into the Crypto.com App, simply follow the steps below:

1. Tap **Log in to existing account**
2. Enter your registered email or phone number and tap **Log in**




https://help.crypto.com/en/articles/8813278-how-to-log-into-the-crypto-com-app

| | |
|---|---|
| | • Two-factor authentication (2FA) significantly enhances online security as it uses two different types of identification, which adds an extra layer of protection to online accounts.<br>• 2FA involves combining factors like something you know (password) with something you have (mobile device), mitigating the risk of unauthorised access even if your passwords are compromised.<br>• Different methods of 2FA include SMS authentication, mobile authentication apps, and hardware tokens, each with different strengths and weaknesses.<br>• Crypto.com offers 2FA for added security, using Time-based One-time Passwords (TOTPs).<br>• Get step-by-step instructions on enabling 2FA and best practices for using it effectively across all your accounts.<br>https://crypto.com/en/university/what-is-2fa-how-two-factor-authentication-can-protect-your-cryptocurrency |

# How to Set Up Your Crypto.com App 2FA?

Information about Crypto.com app two-factor authenticator (2FA) setup

Updated this week

Table of contents

## All About 2FA

### What is Two-Factor Authentication?

Two-Factor Authentication (2FA) is an additional security layer to your password. With 2FA enabled on your account, you will have to provide your 2FA code when performing certain actions on the app.

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

### How does TOTP work?

Crypto.com is using a Time-based One-time Password (TOTP) for Two-Factor Authentication, it involves generating a temporary, unique one-time 6-digit code* that only works for 30 seconds. To perform any actions that will affect your assets, you will need to enter this code besides the common password.

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

## How do I set up 2FA?

Please refer to the step-by-step guide.

## Which authenticators should I use?

Providing strong security and a great user experience are always our top priorities and we support various authenticators. There's a great authenticator app we would like to recommend to you - Authy (Android) / Twilio Authy (iOS).

Authy is not only supporting generating a time-dependent 6-digit code like other authenticators in the market but also offering the following features:

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

| | |
|---|---|
| | **How to enable 2FA?**<br><br>1. From the menu in the Crypto.com app, tap on Settings > Security > 2-Factor Authentication > Enable 2FA<br>2. Verify with your passkey if it's set up, or enter your passcode<br>3. Scan the QR code with an authentication app or copy the code to add it manually, by pressing on the small papers icon.<br>4. Minimize the Crypto.com app and open up the Authenticator app.<br>5. In the Authenticator app, select the option to add another account.<br>6. Then choose the option to enter manually the secret key (the long code we've copied).<br>7. Paste the code in the text field by pressing and holding over it (you should see the option to paste).<br>8. Save the changes.<br>9. The Authenticator app will start to generate 2FA codes with an expiration time of 30 seconds. Please, bear in mind that the code should consist of numbers **only**.<br>10. Press and hold over the 6-digit generated code in the Authenticator app to copy it. (Please ensure you can complete step 9 within the next 30 seconds)<br>11. Open the Crypto.com app.<br>12. After entering your normal passcode again, tap on the blue button "Proceed to verify" and then paste the 6-digit code from the Authenticator app.<br><br>https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa |

| | |
|---|---|
| |  <br>https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa |

| | |
|---|---|
| | <br>https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa |

| | |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=k_rD-pdTyOU |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=k_rD-pdTyOU |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=k_rD-pdTyOU<br><br>As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service |

| | |
|---|---|
| | registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.   [https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c](https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c) |

| | |
|---|---|
| | <br><br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

| | |
|---|---|
| | • **Authentication Server:** Manages user accounts and validates credentials<br>• **TOTP Generator Service:** Handles time-based code generation and validation<br>• **Client Application:** Simulates the authenticator app experience<br>• **Database Layer:** Stores user data and connection information securely<br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c




Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

| | |
|---|---|
| | **Step 1: Create an Authy User**<br>`# Download the SDK from https://github.com/twilio/authy-python`<br>`from authy.api import AuthyApiClient`<br><br>`# Your API key from twilio.com/console/authy/applications`<br>`# DANGER! This is insecure. See https://twil.io/secure`<br>`authy_api = AuthyApiClient('api_key')`<br><br>`user = authy_api.users.create(`<br>`    email='new_user@example.com',`<br>`    phone='405-342-5699',`<br>`    country_code=57)`<br><br>`if user.ok():`<br>`    print user.id`<br>`    # user.id is the `authy_id` needed for future requests`<br>`else:`<br>`    print user.errors()`<br><br>Client moniker<br>Authentication service identifier<br><br>https://www.twilio.com/docs/authy/api |

| | |
|---|---|
| | <br>https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/<br><br>**Stage 1**<br>Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.<br><br>Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.<br>https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor- |

| | |
|---|---|
| | authenticators-work/ |
| the service provider receiving from the client a service provider identifier for the client and a one-time password from the client to use in authenticating the client through the authentication service, wherein the authentication service sent the one-time password to the client in exchange for a client moniker; | The accused instrumentality discloses the service provider (e.g., the accused instrumentality) receiving from the client a service provider identifier (e.g., login credentials such as email, phone number, etc.) for the client (e.g., a user of the accused instrumentality) and a one-time password (e.g., secure key) from the client (e.g., a user of the accused instrumentality) to use in authenticating the client (e.g., a user of the accused instrumentality) through the authentication service, wherein the authentication service sent the one-time password (e.g., secure key) to the client (e.g., a user of the accused instrumentality) in exchange for a client moniker (e.g., client information such as email, phone, etc.).<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Crypto.com app, etc., a service provider, an authenticator app and an authentication service. |

| | |
|---|---|
| | <br>https://accounts.crypto.com/en-US/login |

## How do I log into the Crypto.com App?

To log into the Crypto.com App, simply follow the steps below:

1. Tap **Log in to existing account**
2. Enter your registered email or phone number and tap **Log in**




https://help.crypto.com/en/articles/8813278-how-to-log-into-the-crypto-com-app

| | |
|---|---|
| | • Two-factor authentication (2FA) significantly enhances online security as it uses two different types of identification, which adds an extra layer of protection to online accounts.<br>• 2FA involves combining factors like something you know (password) with something you have (mobile device), mitigating the risk of unauthorised access even if your passwords are compromised.<br>• Different methods of 2FA include SMS authentication, mobile authentication apps, and hardware tokens, each with different strengths and weaknesses.<br>• Crypto.com offers 2FA for added security, using Time-based One-time Passwords (TOTPs).<br>• Get step-by-step instructions on enabling 2FA and best practices for using it effectively across all your accounts.<br>https://crypto.com/en/university/what-is-2fa-how-two-factor-authentication-can-protect-your-cryptocurrency |

# How to Set Up Your Crypto.com App 2FA?

Information about Crypto.com app two-factor authenticator (2FA) setup

Updated this week

Table of contents

## All About 2FA

### What is Two-Factor Authentication?

Two-Factor Authentication (2FA) is an additional security layer to your password. With 2FA enabled on your account, you will have to provide your 2FA code when performing certain actions on the app.

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

### How does TOTP work?

Crypto.com is using a Time-based One-time Password (TOTP) for Two-Factor Authentication, it involves generating a temporary, unique one-time 6-digit code* that only works for 30 seconds. To perform any actions that will affect your assets, you will need to enter this code besides the common password.

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

| | |
|---|---|
| | **How do I set up 2FA?**<br><br>Please refer to the step-by-step guide.<br><br>**Which authenticators should I use?**<br><br>Providing strong security and a great user experience are always our top priorities and we support various authenticators. There's a great authenticator app we would like to recommend to you - Authy (Android) / Twilio Authy (iOS).<br><br>Authy is not only supporting generating a time-dependent 6-digit code like other authenticators in the market but also offering the following features:<br>https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa |

| | |
|---|---|
| | **How to enable 2FA?**<br><br>1. From the menu in the Crypto.com app, tap on Settings > Security > 2-Factor Authentication > Enable 2FA<br>2. Verify with your passkey if it's set up, or enter your passcode<br>3. Scan the QR code with an authentication app or copy the code to add it manually, by pressing on the small papers icon.<br>4. Minimize the Crypto.com app and open up the Authenticator app.<br>5. In the Authenticator app, select the option to add another account.<br>6. Then choose the option to enter manually the secret key (the long code we've copied).<br>7. Paste the code in the text field by pressing and holding over it (you should see the option to paste).<br>8. Save the changes.<br>9. The Authenticator app will start to generate 2FA codes with an expiration time of 30 seconds. Please, bear in mind that the code should consist of numbers **only**.<br>10. Press and hold over the 6-digit generated code in the Authenticator app to copy it. (Please ensure you can complete step 9 within the next 30 seconds)<br>11. Open the Crypto.com app.<br>12. After entering your normal passcode again, tap on the blue button "Proceed to verify" and then paste the 6-digit code from the Authenticator app.<br><br>https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa |




https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa










https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=k_rD-pdTyOU |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=k_rD-pdTyOU |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=k_rD-pdTyOU<br><br>As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service |

| | |
|---|---|
| | registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.<br><br>Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user. |

| | |
|---|---|
| | <br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

| | |
|---|---|
| | <br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

| | |
|---|---|
| | • **Authentication Server:** Manages user accounts and validates credentials<br>• **TOTP Generator Service:** Handles time-based code generation and validation<br>• **Client Application:** Simulates the authenticator app experience<br>• **Database Layer:** Stores user data and connection information securely<br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c




Creating a new connection

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c




https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | |
|---|---|
| | authenticators-work/<br><br>**Stage 2**<br><br>Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.<br><br>Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.<br><br>Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.<br><br>https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/ |
| the service provider verifying that the service provider identifier received from the client matches the prior service provider identifier, and represents a valid service provider identifier; | The accused instrumentality discloses the service provider (e.g., the accused instrumentality) verifying that the service provider identifier (e.g., login credentials such as email, phone number, etc.) received from the client (e.g., a user of the accused instrumentality) matches the prior service provider identifier (e.g., login credentials such as email, phone number, etc.) and represents a valid service provider identifier (e.g., login credentials such as email, phone number, etc.).<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. A first factor of the two-factor authentication is the user login credentials such as email, password, phone, etc., which is validated at a service provider i.e., the accused instrumentality and a second factor is an authentication code derived from a secure key |

| | |
|---|---|
| | which is validated at an authentication service.<br><br><br>https://accounts.crypto.com/en-US/login |

# How do I log into the Crypto.com App?

To log into the Crypto.com App, simply follow the steps below:

1. Tap **Log in to existing account**
2. Enter your registered email or phone number and tap **Log in**




https://help.crypto.com/en/articles/8813278-how-to-log-into-the-crypto-com-app

| | |
|---|---|
| | • Two-factor authentication (2FA) significantly enhances online security as it uses two different types of identification, which adds an extra layer of protection to online accounts.<br>• 2FA involves combining factors like something you know (password) with something you have (mobile device), mitigating the risk of unauthorised access even if your passwords are compromised.<br>• Different methods of 2FA include SMS authentication, mobile authentication apps, and hardware tokens, each with different strengths and weaknesses.<br>• Crypto.com offers 2FA for added security, using Time-based One-time Passwords (TOTPs).<br>• Get step-by-step instructions on enabling 2FA and best practices for using it effectively across all your accounts.<br>https://crypto.com/en/university/what-is-2fa-how-two-factor-authentication-can-protect-your-cryptocurrency |

| | |
|---|---|
| | # How to Set Up Your Crypto.com App 2FA?<br>Information about Crypto.com app two-factor authenticator (2FA) setup<br><br>Updated this week<br><br>Table of contents<br><br>## All About 2FA<br><br>### What is Two-Factor Authentication?<br><br>Two-Factor Authentication (2FA) is an additional security layer to your password. With 2FA enabled on your account, you will have to provide your 2FA code when performing certain actions on the app.<br><br>https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa<br><br>### How does TOTP work?<br><br>Crypto.com is using a Time-based One-time Password (TOTP) for Two-Factor Authentication, it involves generating a temporary, unique one-time 6-digit code* that only works for 30 seconds. To perform any actions that will affect your assets, you will need to enter this code besides the common password.<br><br>https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa |

## How do I set up 2FA?

Please refer to the step-by-step guide.

## Which authenticators should I use?

Providing strong security and a great user experience are always our top priorities and we support various authenticators. There's a great authenticator app we would like to recommend to you - Authy (Android) / Twilio Authy (iOS).

Authy is not only supporting generating a time-dependent 6-digit code like other authenticators in the market but also offering the following features:

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

| | |
|---|---|
| | **How to enable 2FA?**<br><br>1. From the menu in the Crypto.com app, tap on Settings > Security > 2-Factor Authentication > Enable 2FA<br>2. Verify with your passkey if it's set up, or enter your passcode<br>3. Scan the QR code with an authentication app or copy the code to add it manually, by pressing on the small papers icon.<br>4. Minimize the Crypto.com app and open up the Authenticator app.<br>5. In the Authenticator app, select the option to add another account.<br>6. Then choose the option to enter manually the secret key (the long code we've copied).<br>7. Paste the code in the text field by pressing and holding over it (you should see the option to paste).<br>8. Save the changes.<br>9. The Authenticator app will start to generate 2FA codes with an expiration time of 30 seconds. Please, bear in mind that the code should consist of numbers **only**.<br>10. Press and hold over the 6-digit generated code in the Authenticator app to copy it. (Please ensure you can complete step 9 within the next 30 seconds)<br>11. Open the Crypto.com app.<br>12. After entering your normal passcode again, tap on the blue button "Proceed to verify" and then paste the 6-digit code from the Authenticator app.<br><br>https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa |




https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa




https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=k_rD-pdTyOU |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=k_rD-pdTyOU |

| | |
|---|---|
| |   https://www.youtube.com/watch?v=k_rD-pdTyOU |

| | |
|---|---|
| | Two-factor authentication (2FA), sometimes referred to as *two-step verification* or *dual-factor authentication*, is a security process in which users provide two different authentication factors to verify themselves.<br><br>2FA is implemented to better protect both a user's credentials and the resources the user can access. It's typically used as part of a broader effort to prevent data breaches and the potential loss of personal data.<br><br>Two-factor authentication provides a higher level of security than authentication methods that depend on single-factor authentication. With SFA, the user provides only one authenticating factor, typically a password or passcode. Two-factor authentication methods rely on a user providing a password as the first factor and a second factor that's different from the initial factor, usually either a security token or a biometric factor such as a fingerprint or facial scan.<br><br>https://www.techtarget.com/searchsecurity/definition/two-factor-authentication |
| the service provider sending the one-time password to the authentication service in order to receive a client authentication service identifier from the authentication | The accused instrumentality discloses the service provider sending the one-time password (e.g., secure key) to the authentication service in order to receive a client authentication service identifier from the authentication service and identifying that a received authentication service identifier for the client matches the prior authentication service identifier for the client associated with the service provider identifier for the client at the service provider.<br><br>The accused instrumentality allows a user to create its account on the platform of the accused instrumentality. It implements two-factor authentication for secure access to the user account. The two-factor authentication process requires a client such as Crypto.com app, etc., a service provider, an authenticator app and an authentication service. |

| | |
|---|---|
| service; identifying that a received authentication service identifier for the client matches the prior authentication service identifier for the client associated with the service provider identifier for the client at the service provider. | <br>https://accounts.crypto.com/en-US/login |

# How do I log into the Crypto.com App?

To log into the Crypto.com App, simply follow the steps below:

1. Tap **Log in to existing account**
2. Enter your registered email or phone number and tap **Log in**




https://help.crypto.com/en/articles/8813278-how-to-log-into-the-crypto-com-app

| | |
|---|---|
| | • Two-factor authentication (2FA) significantly enhances online security as it uses two different types of identification, which adds an extra layer of protection to online accounts.<br>• 2FA involves combining factors like something you know (password) with something you have (mobile device), mitigating the risk of unauthorised access even if your passwords are compromised.<br>• Different methods of 2FA include SMS authentication, mobile authentication apps, and hardware tokens, each with different strengths and weaknesses.<br>• Crypto.com offers 2FA for added security, using Time-based One-time Passwords (TOTPs).<br>• Get step-by-step instructions on enabling 2FA and best practices for using it effectively across all your accounts.<br>https://crypto.com/en/university/what-is-2fa-how-two-factor-authentication-can-protect-your-cryptocurrency |

# How to Set Up Your Crypto.com App 2FA?

Information about Crypto.com app two-factor authenticator (2FA) setup

Updated this week

Table of contents

## All About 2FA

### What is Two-Factor Authentication?

Two-Factor Authentication (2FA) is an additional security layer to your password. With 2FA enabled on your account, you will have to provide your 2FA code when performing certain actions on the app.

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

### How does TOTP work?

Crypto.com is using a Time-based One-time Password (TOTP) for Two-Factor Authentication, it involves generating a temporary, unique one-time 6-digit code* that only works for 30 seconds. To perform any actions that will affect your assets, you will need to enter this code besides the common password.

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

## How do I set up 2FA?

Please refer to the step-by-step guide.

## Which authenticators should I use?

Providing strong security and a great user experience are always our top priorities and we support various authenticators. There's a great authenticator app we would like to recommend to you - Authy (Android) / Twilio Authy (iOS).

Authy is not only supporting generating a time-dependent 6-digit code like other authenticators in the market but also offering the following features:

https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

| | |
|---|---|
| | **How to enable 2FA?**<br>1. From the menu in the Crypto.com app, tap on Settings > Security > 2-Factor Authentication > Enable 2FA<br>2. Verify with your passkey if it's set up, or enter your passcode<br>3. Scan the QR code with an authentication app or copy the code to add it manually, by pressing on the small papers icon.<br>4. Minimize the Crypto.com app and open up the Authenticator app.<br>5. In the Authenticator app, select the option to add another account.<br>6. Then choose the option to enter manually the secret key (the long code we've copied).<br>7. Paste the code in the text field by pressing and holding over it (you should see the option to paste).<br>8. Save the changes.<br>9. The Authenticator app will start to generate 2FA codes with an expiration time of 30 seconds. Please, bear in mind that the code should consist of numbers **only**.<br>10. Press and hold over the 6-digit generated code in the Authenticator app to copy it. (Please ensure you can complete step 9 within the next 30 seconds)<br>11. Open the Crypto.com app.<br>12. After entering your normal passcode again, tap on the blue button "Proceed to verify" and then paste the 6-digit code from the Authenticator app.<br>https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa |




https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa




https://help.crypto.com/en/articles/3208595-how-to-set-up-your-crypto-com-app-2fa

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=k_rD-pdTyOU |




https://www.youtube.com/watch?v=k_rD-pdTyOU

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=k_rD-pdTyOU<br><br>As shown below, when the user registers for two-factor authentication, the accused instrumentality, i.e., the service provider, requests an authentication service to register the user using its information such as email, phone number, etc. The authentication service |

| | |
|---|---|
| | registers the user and generates an identifier (e.g., authentication service identifier) and a URI with a secure key (e.g., one-time password). The authentication service stores the secure key along with the identifier (e.g., authentication service identifier) generated for the user. The user stores the secure key received through the URI, using an authenticator application.<br><br>Further, when the user wants to log in to the platform of the accused instrumentality, i.e., the service provider, it provides an authentication code derived from the secure key (e.g., one-time password) along with its login credentials. The service provider verifies the login credentials and forwards the authentication code to the authentication service. The authentication service checks the authentication code derived from the secure key and verifies it against the stored secure key for the user. The authentication service informs the service provider of the validation results, and upon confirmation, provides the identifier (e.g., authentication service identifier) stored for the user. The service provider, upon receiving the confirmation response, grants access to the user. |

| | |
|---|---|
| | <br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

| | |
|---|---|
| | <br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

| | |
|---|---|
| | • **Authentication Server:** Manages user accounts and validates credentials<br>• **TOTP Generator Service:** Handles time-based code generation and validation<br>• **Client Application:** Simulates the authenticator app experience<br>• **Database Layer:** Stores user data and connection information securely<br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

**User Registration and Secret Generation**

When a user creates an account, several important security measures are put in place:

```
var realUser = new User
{
    Email = user.Email,
    Password = user.Password,
    Name = user.Name,
    ActivationKey = Base32Encoding.ToString(KeyGeneration.GenerateRandomKey(20))
    Active = 1,
    SignedIn = 0,
    SignedInValidated = 0
};
```

client moniker

Password

The `ActivationKey` is the cornerstone of our 2FA system. This randomly generated 20-byte key serves as the shared secret between our server and the user's authenticator app. Both sides use this same key to generate identical TOTP codes, ensuring synchronization.

https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c

| | |
|---|---|
| | <br>Creating a new connection<br>https://medium.com/@lowva96/building-a-complete-2fa-system-from-theory-to-implementation-0be626ea391c |

**Step 1: Create an Authy User**

```
# Download the SDK from https://github.com/twilio/authy-python
from authy.api import AuthyApiClient

# Your API key from twilio.com/console/authy/applications
# DANGER! This is insecure. See https://twil.io/secure
authy_api = AuthyApiClient('api_key')

user = authy_api.users.create(
    email='new_user@example.com',
    phone='405-342-5699',
    country_code=57)

if user.ok():
    print user.id
    # user.id is the `authy_id` needed for future requests
else:
    print user.errors()
```

Client moniker

Authentication service identifier

https://www.twilio.com/docs/authy/api



```
verification = authy_api.tokens.verify(authy_id, token='1234567')
print(verification.ok())
```

Output


```
{
  "message": "Token is valid.",
  "token": "is valid",
  "success": "true",
  "device": {
    "city": "San Francisco",
    "country": "United States",
    "ip": "97.20.126.156",
    "region": "California",
    "registration_city": "San Francisco",
    "registration_country": "United States",
    "registration_device_id": 456456,
    "registration_ip": "97.34.234.11",
    "registration_method": "push",
    "registration_region": "California",
    "os_type": "android",
    "last_account_recovery_at": null,
    "id": 83372911,
    "registration_date": 1490996931
  }
```




https://www.twilio.com/docs/authy/api




https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/

## Stage 1

Steps 1 and 2: Bob opens the web page to enable two-step verification. The front end requests a secret key. The authentication service generates the secret key for Bob and stores it in the database.

Step 3: The authentication service returns a URI to the frontend. The URI is composed of a key issuer, username, and secret key. The URI is displayed in the form of a QR code on the web page.

https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-

| | |
|---|---|
| | authenticators-work/<br><br>**Stage 2**<br><br>Steps 1 and 2: Bob wants to log into a website with Google two-step verification. For this, he needs the password. Every 30 seconds, Google Authenticator generates a 6-digit password using the TOTP (Time-based One Time Password) algorithm. Bob uses the password to enter the website.<br><br>Steps 3 and 4: The frontend sends the password Bob enters to the backend for authentication. The authentication service reads the secret key from the database and generates a 6-digit password using the same TOTP algorithm as the client.<br><br>Step 5: The authentication service compares the two passwords generated by the client and the server, and returns the comparison result to the frontend. Bob can proceed with the login process only if the two passwords match.<br><br>https://bytebytego.com/guides/how-does-google-authenticator-or-other-types-of-2-factor-authenticators-work/ |